UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-00020(01) RM |
| | ) | |
| JERRY ALLEN BUSS | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on March 30, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 9], ACCEPTS defendant Jerry Buss' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 641.

SO ORDERED.

ENTERED:  April 22, 2009

　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　 Chief Judge
　　　　　　　　　　　　　　　　 United States District Court